UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JENNIFER LYNN NORIEGA,**

                **Plaintiff,**

**v.**                                      **Case No:  6:14-cv-753-Orl-41KRS**

**COMMISSIONER OF SOCIAL
SECURITY,**

                **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Uncontested Motion for Attorney's Fees (Doc. 21). United States Magistrate Judge Karla R. Spaulding issued a Report and Recommendation (Doc. 22), recommending that the Court grant the motion. After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1.     The Report and Recommendation (Doc. 22), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     Plaintiff's Uncontested Motion for Attorney's Fees (Doc. 21) is **GRANTED**.

3.     Plaintiff is awarded attorney's fees in the amount of $3,439.08.

4.     The Commissioner may, in her discretion, pay all or part of the attorney's fees directly to Plaintiff's counsel should she determine that it is appropriate to do so.

**DONE** and **ORDERED** in Orlando, Florida on January 28, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record